# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Criminal No. 11-321 (1) (RHK/LIB) |
| Plaintiff, | **ORDER** |
| vs. | |
| Daniel Infante, | |
| Defendant. | |

---

This matter is venued in the Sixth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the Court.

Dated:  October 11, 2011

                                                                               s/Richard H. Kyle  
                                                                               RICHARD H. KYLE  
                                                                               United States District Judge